UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                                    Crim. No. 07-10283-RGS

V.

TIMOTHY   J. SILVIA

**EXHIBIT IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM  AND
MOTION FOR  A DEPARTURE PURSUANT TO USSG § 4A1.3 (B) (1)**

The following attached exhibit is submitted  to the Court in support of the Defendant's Sentencing Memorandum and Motion for a Departure Pursuant to USSG § 4A1.3 (B) (1

Dated: July 28, 2009                                          Respectfully submitted,
                                                              TIMOTHY J. SILVIA
                                                               by his attorney,

                                                              Anthony M. Cardinale
                                                              Digitally signed by Anthony M. Cardinale
                                                              DN: cn=Anthony M. Cardinale, o=Law Office of Anthony M.
                                                              Cardinale, ou, email=cardinaleanthony@cs.com, c=US
                                                              Date: 2009.07.28 13:42:31 –04'00'

                                                              Anthony M. Cardinale
                                                              BBO # 073460
                                                              655 Summer St.
                                                              Boston, Massachusetts   02110
                                                              (617) 345-5400

Certificate of Service
I hereby certify that this document(s) filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non registered participants
on 7/28/09.

# EXHIBIT   A