American Board of
Psychiatry and Neurology

**BERNARD S. YUDOWITZ, M.D., J.D.**

American Board Of
Forensic Psychiatry

108 PLEASANT STREET
ARLINGTON, MA 02476-9112
(781) 643-2525

June 30, 2009

Anthony M. Cardinale
Attorney at Law
655 Summer Street
Boston, MA  02210

RE:  Timothy Silvia

Dear Attorney Cardinale:

For your information, I have been licensed to practice medicine in Massachusetts since 1970. I am board certified in psychiatry, neurology and forensic psychiatry. My psychiatric training was at the McLean Hospital, a division of the Mass. General Hospital, where I remained on the staff until 1985. While at McLean, I founded and was Director of The McLean Institute of Law and Psychiatry. As a result of a "right to treatment" class action against the Commonwealth, I was appointed as Medical Director of the Bridgewater State Hospital where I remained for five years. I have testified on issues of criminal responsibility throughout the U.S. for the past 35 years.

Per your request, I conducted a psychiatric examination of Mr. Timothy Silvia on Thursday, June 4, 2009 at the Essex County House of Correction in Middleton, MA. Mr. Silvia is being held there pending sentencing for conspiracy to possess or intent to distribute cocaine. The purpose of the examination was to assess Mr. Silvia's current mental status and to determine what cognitive and psychological effects, if any, he suffered as a result of serious emotional trauma in his childhood and multiple near fatal motor vehicle accidents and physical fights throughout the course of his life.

To assist me in my evaluation, I had available to me Mr. Silvia's elementary school records beginning in the first grade. I also reviewed numerous hospital reports describing physical injuries Mr. Silvia has suffered through the years to date.

Mr. Silvia is a 43 year old single male who is the father of a young boy born out of wedlock. He has never been married or experienced a loving relationship. He never completed formal schooling and has lived a troubled life almost since his birth.

Mr. Silvia's school difficulties began in the first grade where he could not control his behavior at all. As a result of his inability to function in a class setting, he was placed in special programs which had very little effect on him. By the age of 12, he was not attending school regularly and by 14 he was committing acts of delinquency. Despite numerous incarcerations, he was never able to anticipate the consequences of his actions and thus was unable to change his pattern of behavior to conform to social norms.

Mr. Silvia's early history indicates that he most likely was neurologically damaged at birth. In cases of minimal brain dysfunction, the child is unable to learn new patterns of behavior or tolerate any restrictions on his existing behavior. The faulty neurological pathways in the brain affect the ability to develop the social skills necessary to conform to societal norms. This usually leads to antisocial behavior, as is seen in Mr. Silvia's case.

On some occasions, the child may be successful in changing his behavior by mimicking alternative behavior patterns that he sees at home. Unfortunately, the models Mr. Silvia had to mimic were themselves pathologically defective. His father was a drunk who beat him and his mother and who subsequently spent many years in prison. His mother remarried and again he was subjected to watching his mother being beaten and was beaten himself by her new husband. Fighting became the acceptable mode of relating to others and this pattern has gone uninterrupted to the present time.

Having been born with compromised brain circuitry, Mr. Silvia's brain suffered further trauma by his being in multiple physical fights and motor vehicle accidents resulting in serious fractures of his skull with subsequent loss of consciousness. The frontal part of his skull was particularly damaged to the degree that the frontal lobes of his brain would have been significantly injured.

The frontal lobes are the seat of judgment and determine the ability to adjust to new circumstances. In individuals with frontal lobe damage, the ability to change their behavior as circumstances change is lost and they are doomed to repeat the same pattern of behavior over and over again. I studied this population at the Middlesex County House of Correction some years ago and have attached the paper I published with a colleague on this matter.

During the interview, Mr. Silvia answered all of my questions without hesitation and without any indication that he was trying to be manipulative. He was able to give a good history and was open about his past correctional record. He was well oriented in all spheres and gave no evidence of any ongoing psychotic processes. During the interview, his mood remained stable. The interview was significant that he demonstrated that he had the same view of the world at 43 that he was reported to have had in childhood.

It is my opinion that Mr. Silvia most likely began his life with minimal brain dysfunction which was not able to improve as a result of his violent and tumultuous childhood. His behavior pattern became fixed and has not changed since early childhood. This is not to excuse his behavior but simply an attempt to explain the psycho-neurological basis of it.

Fortunately, new developments in psychiatric modalities such as cognitive behavioral therapy together with a new class of antidepressants have recently shown to be very helpful in cases such as Mr. Silvia's. He has never had any psychiatric treatment per say, and it is quite possible that with proper treatment he could develop significantly better controls over his behavior.

Respectfully submitted,

Bernard S. Yudowitz, M.D., J.D.
Diplomat, American Board of Psychiatry and Neurology
Diplomat, American Board of Forensic Psychiatry

Enclosure