# CURRICULUM VITAE

**Bernard Seymour Yudowitz, M.D., J.D.**
64 Country Drive
Weston, MA  02493

## Personal

Born:                  December 5, 1933, Peekskill, New York
Marital Status:        Married, Four Children

## Education

| | |
|---|---|
| 1951 - 1955 | Cornell University, Bachelor of Arts |
| 1955 - 1956 | Cornell Graduate School, Neurology |
| 1956-58, 1960-61 | Cornell Law School/Rutgers Law School, J.D. |
| 1958 - 1960 | Cornell Medical School, Laboratory of Applied Protein Chemistry |
| 1961 - 1966 | Glasgow University, Doctor of Medicine |

## Professional Training

| | |
|---|---|
| 1966 - 1967 | Maimonides Hospital, Brooklyn, NY, Internship |
| 1967 - 1970 | McLean Hospital, Belmont, MA, Psychiatric Residency |
| 1968 - 1969 | Boston University Law - Medicine Institute |

## Certifications

| | |
|---|---|
| Diplomate | American Board of Psychiatry and Neurology |
| Diplomate | American Board of Forensic Psychiatry |

## Teaching Appointments

| | |
|---|---|
| 1970 - Present | Clinical Instructor in Psychiatry, Harvard Medical School |
| 1977 - 1978 | Instructor in Law, Boston College Law School, Chestnut Hill, MA |
| 1988 - 1989 | Visiting Lecturer, Boston University Graduate School of Social Work |

## Professional Experience

| | |
|---|---|
| 1967 - 1982 | Staff Psychiatrist, McLean Hospital, Belmont, MA |
| 1967 - 1971 | Head of Psychiatric Services, Shirley Industrial School for Boys |
| 1968 - 1970 | Staff Psychiatrist, Auto Accident Safety Project (part-time) |
| 1968 - 1971 | Founder and Director, McLean Hospital, Adolescent Day Service |
| 1970 - 1972 | Regional Director, Legal Medicine (Region III) Department of Mental Health |
| 1972 - 1980 | Founder and Director, McLean Hospital Institute for Law and Psychiatry |
| 1972 - Present | Founder and Chairman of the Board, Wild Acre Inns, Arlington, MA |

Bernard Seymour Yudowitz, M.D., J.D                                              Page 2

## Professional Experience (cont'd)

| | |
|---|---|
| 1975 - 1978 | Medical Director, Bridgewater State Hospital |
| 1975 - 1978 | Director of Psychiatric Services, Massachusetts Department of Corrections |
| 1978 - 1994 | Director of Psychiatry, New England Rehabilitation Hospital, Woburn, MA |
| 1978 - 1996 | Director of Pain Management Unit, New England Rehabilitation Hospital,  Woburn, MA |

## Consultations

| | |
|---|---|
| 1970 - 1973 | Middlesex County Sheriff's Advisory Council |
| 1970 - 1973 | Billerica House of Correction, Chief of Psychiatry |
| 1973 - 1977 | Project C.A.S.E. (Offender Primary Diversion Program) |
| 1975 - 1979 | Massachusetts Senate Advisory Unit on Mental Health |
| 1976 - 1979 | Massachusetts Bar Association Specialized Training and Advocacy Program |
| 1976 - 1978 | White House Conference on the Handicapped |
| 1991 - Present | Commonwealth of Massachusetts Department of Industrial Accidents, Commissioner's Health Care Services Advisory Board |

## Honors

| | |
|---|---|
| 1966 | Gold Medal (First Prize) in Psychiatry, Glasgow Medical School, Glasgow, Scotland |
| 1970 | Paul M. Howard for Most Outstanding Resident in Graduating Class, McLean Hospital, Belmont, MA |
| 1974 | Jewish and Family and Childrens' Services Man of the Year |
| 1992 | 25 Year Achievement Award - Harvard University |

## Publications

Development of Serum Haptoglobins in Man.  Proceedings of the Society for Experimental Biology and Medicine, V. 107, pp. 616-619, 1961

A Simple Method for Slicing Starch Gels.  Journal for Clinical Pathology, V. 19, pp.521-522, 1967.

Apparatus for Washing Stained Starch Gel Slices.  Journal for Clinical Pathology, V. 15, pp. 187-188, 1967.

Three Cheers for the Generation Gap, Women's Day Magazine, July 1972

A Search for Values.  New England Police and Fire Examiner, October 1972.

In-Service Training of Non-Professional Counselor.  The Bulletin of the American Academy of Psychiatry and the Law, July - August 1976

Advocacy for the Mentally Disabled.  White House Conference on the Handicapped, May 1976.

Avoiding Legal Problems with Pain Patients, Pain and Analgesia, September 1976.

Approaching a Comparative Typology of Assaultive Offenders. Psychiatry, V. 40, No. 3, August 1977.

Frontal Lobe System Dysfunction in Some Criminal Actions, The Journal of Nervous and Mental Disease, V. 168, No. 2, 1980.

Bernard Seymour Yudowitz, M.D., J.D.

## Professional Memberships

American Psychiatric Association
American Academy for Psychiatry and Law
Association for the Preventive Treatment of Offenders
The National Association of Private Psychiatric Hospitals
The American Pain Association