

# Plymouth County Correctional Facility
## Disciplinary Report

| | |
|---|---|
| **Report Date** 1996/08/19 | **Incident Date** 1996/08/19   **Incident Time** 09:37 |

**Booking Number** 9604513   **Inmate ID** 14882

**Inmate Name:** SILVIA, TIMOTHY JOHN
**Location:** DN1 UNIT-D-NORTH 1   **Reporting Officer:** Barry Sullivan
**Offense:** 02 - VIOLATING ANY INSTITUTIONAL RULE OR REGULATION, 08 - CONDUCT WHICH DISRUPTS THE SECURITY/ORDERLY RUNNING OF INSTITUTION, 18A - FIGHTING,ASSAULTING INMATE WITH OFFENSE AGAINST INMATE/PROPERTY, 19B - USE OF OBSCENE,ABUSIVE,THREATENING LANG,ACTION,GESTURE TO ANY EMPLOYE

**Persons Involved:**
**Report Subject:**

### Statement of Offense:

ON THIS DAY AT 0800 HRS., I ENTERED UNIT DN1 ON MY ROUNDS. UTM NERI ALSO ENTERED THE UNIT AT THIS TIME. AS WE OBSERVED C/O DESILVA CONDUCT HIS HEADCOUNT, I HEARD SOME NOISE COME FROM CELL #105 WHICH SOUNDED AS IF THERE WAS AN ARGUMENT. AS UTM NERI AND I APPROACHED THE CELL DOOR, I COULD SEE INMATE ST.PETER ON THE FLOOR IN A KNEEL- ING POSITION HOLDING HIS HEAD WHICH WAS BLEEDING. AT THIS TIME I CALLED CENTRAL CONTROL VIA RADIO FOR TWO C.E.R.T. OFFICERS AND MEDICAL OFFICER COHELO WAS ALREADY IN THE SALLYPORT SO I SUMMONED HER INTO THE UNIT. AS UTM NERI ENTERED THE ROOM INMATE SILVIA WAS OUT OF BREATH AND PACKING HIS PROPERTY. HE THEN STATED TO UTM NERI, "I TOLD YOU I COULDN'T LIVE IN A FIVE MAN UNIT". INMATE ST.PETER WAS THEN TAKEN OUT OF THE ROOM. C.E.R.T. OFFICER'S BRITTO, AND CHENEY ENTERED THE UNIT AND INMATE SILVIA WAS TAKEN TO UNIT G. AS INMATE SILVIA WAS TAKEN FROM THE ROOM, HE STATED TO UTM NERI THAT "PUT ME IN A FIVE MAN ROOM AGAIN, AND NEXT TIME I'LL KILL SOMEONE. INMATE SILVIA WAS THEN ESCORTED TO UNIT G, AND INMATE ST.PETER WAS TAKEN TO THE MEDICAL DEPT. IN A WHEEL CHAIR DUE TO HIM BEING TOO DIZZY STAND ON HIS OWN.

| | |
|---|---|
| **Reporting Officer:** Barry Sullivan | **FSC Approval:** |
| **Signature** | **Signature** |

**Disposition of Evidence:**

### Action Taken (Including Use of Force):



# Plymouth County Correctional Facility
## Disciplinary Report

**Report Date** 1996/08/19  **Incident Date** 1996/08/19  **Incident Time** 09:37

**Booking Number** 9604513  **Inmate ID** 14882

**Inmate Name:** SILVIA, TIMOTHY JOHN
**Location:** DN1 UNIT-D-NORTH 1  **Reporting Officer:** Barry Sullivan
**Offense:** 02 - VIOLATING ANY INSTITUTIONAL RULE OR REGULATION, 08 - CONDUCT WHICH DISRUPTS THE SECURITY/ORDERLY RUNNING OF INSTITUTION, 18A - FIGHTING,ASSAULTING INMATE WITH OFFENSE AGAINST INMATE/PROPERTY, 19B - USE OF OBSCENE,ABUSIVE,THREATENING LANG,ACTION,GESTURE TO ANY EMPLOYE

**Persons Involved:**
**Report Subject:** _____

**Awaiting Action** _____  **Minor Sanction** _____  **Major Violation** _____
**Referred to D.A.** _____  **Investigation** _____  **Date Commenced** _____
**Disciplinary Officer:** _____
**Signature**  **Date**
**Reviewing Authority (print name):** _____
**Signature**  **Date**



# Plymouth County Correctional Facility
## Disciplinary Report

| | |
|---|---|
| **Report Date** 2007/10/11 | **Incident Date** 2007/10/11   **Incident Time** 05:25 |

**Booking Number** 704255    **Inmate ID** 14882

**Inmate Name:** SILVIA, TIMOTHY JOHN
**Location:**                                       **Reporting Officer:** Duane Noreau
**Offense:** 03 - FAILURE TO KEEP ONES PERSON/ONES QUARTERS IN ACCORDANCE W/PCCF RULES, 08 - CONDUCT WHICH DISRUPTS THE SECURITY/ORDERLY RUNNING OF INSTITUTION, 19B - USE OF OBSCENE,ABUSIVE,THREATENING LANG,ACTION,GESTURE TO ANY EMPLOYE
**Persons Involved:**
**Report Subject:** Threats to Staff

### Statement of Offense:
On the morning of Thursday, October 11, 2007, while assigned to Unit G Floor West, an incident occurred involving Federal Inmate Timothy Silvia # (14882).
While inmate Silvia was being handcuffed for transportation to booking/court, he used slight resistance to being handcuffed behind the back. As the hand cuffs were applied, the inmate disrespectfully stated his displeasure that only one set of cuffs were applied. He felt that he was not flexible enough to have one set of handcuffs used. He next started making personal threats. He stated "This is your small world. I live in a big world out on the streets", and "I'll see you some day." The inmate continued mumbling more threats until he was taken to the booking. This inmate is an aledged gang member an is considered a high profile inmate by the department.
His room was later searched, because all property was not taken with him per policy, three pair of sneakers, and three sets of orange uniforms were removed from the cell.

| **Reporting Officer:** Duane Noreau | **FSC Approval:** tgiove |
|---|---|
| **Signature** | **Signature** |

**Disposition of Evidence:**


**Action Taken (Including Use of Force):**


| **Awaiting Action** ____ | **Minor Sanction** ____ | **Major Violation** ____ |
|---|---|---|
| **Referred to D.A.** ____ | **Investigation** ____ | **Date Commenced** ____ |

**Disciplinary Officer:** Thomas Giove
**Signature**                                                           **Date**
**Reviewing Authority (print name):**
Printed:    8/17/2009    14:27                              Page 1



# Plymouth County Correctional Facility
## Disciplinary Report

| | |
|---|---|
| **Report Date** 2007/10/11 | **Incident Date** 2007/10/11  **Incident Time** 05:25 |

**Booking Number** 704255     **Inmate ID** 14882

**Inmate Name:** SILVIA, TIMOTHY JOHN
**Location:**                          **Reporting Officer:** Duane Norcau
**Offense:** 03 - FAILURE TO KEEP ONES PERSON/ONES QUARTERS IN ACCORDANCE W/PCCF RULES, 08 - CONDUCT WHICH DISRUPTS THE SECURITY/ORDERLY RUNNING OF INSTITUTION, 19B - USE OF OBSCENE,ABUSIVE,THREATENING LANG,ACTION,GESTURE TO ANY EMPLOYE

**Persons Involved:**
**Report Subject:** Threats to Staff

**Signature**                                                   **Date**



# Plymouth County Correctional Facility
## Informational Report

**Report Date:** 2007/10/20    **Incident Date:** 2007/10/20    **Incident Time:** 18:15

**Name/Event:** SILVIA, TIMOTHY JOHN    **Booking** 704255
**Location:** GNW    **Reporting Officer:** Ralph Mattivello
**Persons Involved:**
**Report Subject:** Code 1 Medical

### NARRATIVE

Sir,

-While assigned as the Unit G Lieutenant on 10/20/07 at approximately 1815 hrs an incident occurred with Federal Ct/Marshall Inmate Timothy Silvia #14882 (trial) NW111.

-Inmate Eric Snow #28417 cell NW111 was yelling C/O call 111. When Officer O'Reilly called his cell, Inmate Snow told Officer O'Reilly that his cellmate (Timothy Silvia) was having a heart attack in a panic voice. Officer O'Reilly called a Code 1 Medical and Officers Rogers, Tullish, England and myself proceeded to cell NW111. Inmate Snow was handcuffed and removed from the cell. Inmate Silvia was kneeling on his knees. I asked Inmate Silvia what was the problem. Inmate Silvia stated that he had chest pain and that his left side was tingly. Medical Officers Johnson and Wilson responded. Medical Officer Wilson checked Inmate Silvia's blood pressure. It was then determined that a Priority 1 ambulance would be called. Central Control was notified and Inmate Silvia was handcuffed and had leg irons applied. Inmate Silvia was then removed from Unit G by stretcher and transported to the hospital by ambulance.

DATE | ACTION ENTERED BY | STATUS OF CORRECTIVE ACTION | Comp.

**Action(s) Completed:** 10/20/2007
**FSC Reviewed:** LT Ralph Mattivello

Printed:    8/17/2009    14:27        Page 1



# Plymouth County Correctional Facility
## Informational Report

**Report Date:** 2007/10/20   **Incident Date:** 2007/10/20   **Incident Time:** 21:10

**Name/Event:** SILVIA, TIMOTHY JOHN   **Booking** 704255
**Location:** GNW   **Reporting Officer:** Karen Johnson
**Persons Involved:**
**Report Subject:**

· NARRATIVE

On Saturday October 20, 2007 at approximately 1815 hours a code one medical was called to unit GNW cell 111 for Federal Inmate Timothy Silvia (14882). Inmate Silvia was complaining of chest pain. Upon arrival Inmate Silvia was sitting in his cell with security staff. Inmate Silvia stated that he had tingling down his left arm and felt significant tightness in his chest. His vital signs upon assessment BP 170/110: P 107. Inmate Silvia was brought down to the medical department for further assessment. A priority one ambulance was called to transport Inmate Silvia to the Jordan Hospital. After being transported by stretcher to the medical department, a non-rebreather at 15 liters was placed on Inmate Silvia to further oxygenate his blood. Inmate Silvia's vital signs upon the arrival of paramedics had improved slightly at BP 150/100: P 100.

DATE | ACTION ENTERED BY | STATUS OF CORRECTIVE ACTION | Comp.

**Action(s) Completed:** 10/20/2007
**FSC Reviewed:**

Printed:    8/17/2009   14:26           Page 1



# Plymouth County Correctional Facility
## Informational Report

**Report Date:** 2007/10/20  **Incident Date:** 2007/10/20  **Incident Time:** 18:32

**Name/Event:** SILVIA, TIMOTHY JOHN  **Booking** 704255
**Location:** GNW  **Reporting Officer:** Peter Hajjar
**Persons Involved:**
**Report Subject:** Responding to code one mrdical.

NARRATIVE

THE FOLLOWING INCIDENT OCCURRED WHILE ON DUTY ON OCTOBER 20, 2007 DURING THE 15:00 - 23:00 HOURS SHIFT AT APPROXIMATELY 18:20 HOURS. WHILE RESPONDING TO A CODE ONE MEDICAL IN UNIT GNW IT WAS NECESSARY FOR ME TO WALK THROUGH CONTAMINATED FLOOD WATER THEREFORE EXPOSING MY BOOTS TO HAZARDOUS SEWERAGE. THEY WILL NEED TO BE REPLACED. THE BOOT IN NEED OF REPLACEMENT IS THE 5.11 TACTICAL SERIES LOW BOOT 019 BLACK- R 060406 SIZE 9.5 E.O.R.

| DATE | ACTION ENTERED BY | STATUS OF CORRECTIVE ACTION | Comp. |
|---|---|---|---|

**Action(s) Completed:** 10/20/2007
**FSC Reviewed:**



# Plymouth County Correctional Facility
## Informational Report

**Report Date:** 2007/10/24  **Incident Date:** 2007/10/24  **Incident Time:** 08:03

**Name/Event:** SILVIA, TIMOTHY JOHN  **Booking** 704255
**Location:** BOOK  **Reporting Officer:** Mike Duggan
**Persons Involved:**
**Report Subject:**

### NARRATIVE

On Tuesday October 23, 2007, I was listening to inmate Timothy Silvia # 14882 phones. Inmate Silvia made a phone call on Monday October 22, 2007 to his girlfriend Kathleen Vaughn. During the phone call, inmate Silvia informed his girlfriend of his past medical condition that resulted in him being admitted to the Jordan Hospital. He informed his girlfriend that he was no longer going to take his medication, because he was going to force the institution into transferring him to another facility. During the phone conversation Ms. Vaughn mentioned that her father saw inmate Silvia in his hospital room, while he was there visiting seeing a patient. She also mentioned that she tried to have her mother look up inmate Silvia's name and room information, but she was not able to find his name.

I then spoke with Asst. Superintendent Moniz regarding this information I received from vie the phone system. We then decided to call the head of security at the Jordan Hospital to see in there were any employees working over there that might a connection to innate Silvia. I spoke with John Driscoll, who is the head of security at the hospital, and asked if there were any employees at the hospital with the last name Vaughn. Mr. Driscoll informed me that there was a girl employed at the hospital by the name of Kathleen Vaughn. Mr. Driscoll stated that this person was in her early twenties and was a student repository therapist. Mr. Driscoll also stated this was the only person with the last name at the hospital.

I then contacted Asst. Superintendent Moniz regarding the information I just received and he decided that we would take the appropriate precautions when transporting inmate Silvia outside of the facility.

DATE | ACTION ENTERED BY | STATUS OF CORRECTIVE ACTION | Comp.

**Action(s) Completed:** 10/24/2007
**FSC Reviewed:**

Printed:   8/17/2009   14:28                         Page 1



# Plymouth County Correctional Facility
## Informational Report

**Report Date:** 2007/08/14    **Incident Date:** 2007/08/14    **Incident Time:** 16:17

**Name/Event:** SILVIA, TIMOTHY JOHN    **Booking** 704255
**Location:** GNE    **Reporting Officer:** Edward Anderson
**Persons Involved:**
**Report Subject:** Inmate moved pending reclassification

NARRATIVE

Sir,
On the day of 08-14-07 at approximately 1610 Hours while assigned as the Zone 3 Lieutenant on the 3-11 shift, Federal CT./Marshall Inmate Timothy Silvia #14882 was moved from Unit DN3 to Unit G per A.D.S. Duggan pending reclassification.
Inmate Silvia packed his own property and was escorted without incident.    EOR

DATE  | ACTION ENTERED BY    | STATUS OF CORRECTIVE ACTION    | Comp.

**Action(s) Completed:** 8/14/2007
**FSC Reviewed:** Lt. Edward Anderson

Printed:    8/17/2009    14:27    Page 1