Motion for Reduction 2 Points

United States of America )
       VS                       )    Case # 07-10283-RGS
Timothy J. Silvia       )
                          )

Date of original Judgement 8/26/09 )
                                          )

Order Regarding Motion for Sentence Reduction for 2 point Reduction
Drugs +2

Timothy J. Silvia 26601-038       Timothy J. Silvia 6/12/16
USP Victorville Pen
P.O. Box 3900
Adelanto Ca, 92301