# United States District Court
# District of Massachusetts

**United States of America**

v.                                                      Criminal No.:   07-cr-10283-RGS

**Timothy Silvia**

MOTION TO BE APPOINTED AS COUNSEL UNDER
GENERAL ORDER 20-20 FOR DEFENDANT SEEKING EARLY RELEASE
UNDER 18 U.S.C. § 3582(c)(1)(A)

Attorney Jean LaRocque respectfully asks to be appointed as counsel for the above-named defendant, for the purpose of reviewing the case to determine whether he is eligible for early release under 18 U.S.C. § 3582(c)(1)(A), and if so to file a motion. In support of this motion, counsel states as follows:

1. Mr. Silvia wrote the Federal Defender's Office requesting assistance with a motion for compassionate release, who in turn contacted me regarding the matter.

2. The defendant has previously been found to be indigent.

3. Mr. Silvia was previously represented by CJA Attorney Lenore Glaser on a post-conviction motion to vacate under 28 U.S.C. § 2255 pursuant to *Johnson v. United States* (see ECF No. 159).   Attorney Glaser is retiring and not able to take the case for compassionate release.   As such, Mr.

    Silvia is not currently represented by counsel.

4. Undersigned counsel is currently a member in good standing of the bar of the U.S. District Court for the District of Massachusetts. Although undersigned counsel is not a member of the CJA panel for this Court, she has worked on numerous habeas petitions in the past, and is a member of the CJA panel for the Court of Appeals for the First Circuit. Additionally, her law partner, Mark Shea, is a member of the CJA panel for this Court and undersigned has worked on many of his cases. Therefore, undersigned qualifies for appointment under the provision of the CJA Plan that allows appointment of an attorney who is not a member of the panel in "exceptional circumstances." Undersigned counsel submits that the large volume of cases requesting compassionate release, coupled with counsel's specialized experience in habeas litigation, warrants application of this provision.

5. In exceptional circumstances, a judicial officer shall have the discretion to appoint an attorney not on the CJA Panel, or a CJA Panel member other than the duty attorney, in order to serve the interests of justice, judicial economy, continuity in representation, or if there is some other compelling circumstance warranting such appointment. CJA Plan (Aug. 1, 2019, Section V.B. at 10).

## CONCLUSION

Based on the foregoing, undersigned counsel respectfully requests that the Court appoint her as counsel in accordance with 18 U.S.C. § 3006A and this Court's General Order 20-20.


Respectfully submitted,


/s/ JEAN C. LaROCQUE             Dated: November 22, 2021
Jean C. LaRocque
Bar No. 559376
Shea and LaRocque, LLP
929 Massachusetts Avenue, Suite 200
Cambridge MA   02139
telephone:   617.577.8722
e-mail:   jean@shearock.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) will be sent to those indicated as non-registered participants on November 22, 2021.


/s/ Jean C. LaRocque
JEAN C. LaROCQUE