MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name *(under which you were convicted)*: Timothy J. Silvia | Docket or Case No.: 1:07 CR 10283-001-RGS |
| Place of Confinement: Coleman USP-1 | Prisoner No.: 26601-038 |
| UNITED STATES OF AMERICA v. | Movant *(include name under which convicted)*: Timothy J. Silvia |

*[Handwritten margin note: Denied. This is a subsequent petition filed without leave of the Court of Appeals. Consequently, the court lacks jurisdiction to grant the motion. R.S. [signature] 4/13/22]*

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United State District Court For The District of Massachusetts (Boston Division)

    (b) Criminal docket or case number (if you know): 1:07 CR 10283-001-RGS

2. (a) Date of the judgment of conviction (if you know): 9-2-09

    (b) Date of sentencing: 8-26-09

3. Length of sentence: 262 months

4. Nature of crime (all counts): 21 U.S.C. 846

5. (a) What was your plea? (Check one)
    (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

Page 2 of 13